**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____   Chapter ___7___

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | Wanabana USA LLC | |
| 2. | **All other names debtor used in the last 8 years** | | |
| | Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 83-2715970 | |

4. **Debtor's address**

**Principal place of business**

10205 NW 108th Avenue
Miami, FL 33178
Number, Street, City, State & ZIP Code

Miami-Dade
County

**Mailing address, if different from principal place of business**

1413 Ponce de Leon Avenue
San Juan, PR   00907
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Miami, FL
Number, Street, City, State & ZIP Code

5. **Debtor's website (URL)** _____

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | Wanabana USA LLC | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

**7.    Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

---

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☒ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☐ A plan is being filed with this petition.

　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| | District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number | _____ |

---

Debtor   Wanabana USA LLC                                          Case number (if known) _____
         Name

**10. Are any bankruptcy cases**
**pending or being filed by a**          ☐ No
**business partner or an**               ☒ Yes.
**affiliate of the debtor?**

List all cases. If more than 1,
attach a separate list            Debtor   Wanabana LLC; Wanabana Exchange LLC    Relationship   Members

                                  District   Delaware          When _____   Case number, if known _____

**11. Why is the case filed in**    Check all that apply:
**this district?**
                            ☒  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
                               preceding the date of this petition or for a longer part of such 180 days than in any other district.

                            ☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or**     ☒ No
**have possession of any**
**real property or personal**     ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.
**property that needs**
**immediate attention?**                  **Why does the property need immediate attention?** (Check all that apply.)

                                  ☐  It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
                                     What is the hazard? _____

                                  ☐  It needs to be physically secured or protected from the weather.

                                  ☐  It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                     livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                                  ☐  Other _____

                                  **Where is the property?** _____
                                                            Number, Street, City, State & ZIP Code

                                  **Is the property insured?**

                                  ☐  No

                                  ☐  Yes   Insurance agency   _____
                                           Contact name       _____
                                           Phone              _____

**Statistical and administrative information**

**13. Debtor's estimation of**     Check one:
**available funds**
                            ☐  Funds will be available for distribution to unsecured creditors.

                            ☒  After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of**    ☒ 1-49                    ☐ 1,000-5,000        ☐ 25,001-50,000
**creditors**                  ☐ 50-99                   ☐ 5001-10,000        ☐ 50,001-100,000
                               ☐ 100-199                 ☐ 10,001-25,000      ☐ More than100,000
                               ☐ 200-999

Debtor    Wanabana USA LLC                                          Case number (if known)
          Name

**15. Estimated Assets**

☐ $0 - $50,000                    ☐ $1,000,001 - $10 million          ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000              ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000             ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☒ $500,001 - $1 million           ☐ $100,000,001 - $500 million       ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000                    ☐ $1,000,001 - $10 million          ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000              ☒ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000             ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million           ☐ $100,000,001 - $500 million       ☐ More than $50 billion

---

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    May 15, 2024
               MM / DD / YYYY

X _____                    Francisco Pena Cordovez
Signature of authorized representative of debtor       Printed name

Title    President

**18. Signature of attorney**

X /s/ Daniel K. Astin                                  Date    May 15, 2024
Signature of attorney for debtor                               MM / DD / YYYY

Daniel K. Astin
Printed name

Ciardi Ciardi and Astin
Firm name

1204 N. King Street
Wilmington, DE    19801
Number, Street, City, State & ZIP Code

Contact phone    302-384-9541        Email address    dastin@ciardilaw.com

4068
Bar number and State

Official Form 201                 Voluntary Petition for Non-Individuals Filing for Bankruptcy                 page 4

**WANABANA USA, LLC**

### ACTION BY UNANIMOUS WRITTEN CONSENT OF THE MEMBERS OF WANABANA USA, LLC

## CONSENT DATED THE __15__ TH DAY OF MAY 2024

Pursuant to the Delaware Limited Liability Company Act (6 Del. C. § 18-101), the undersigned (collectively, the "Members"), constituting the members of Wanabana USA, LLC, a Delaware limited liability company (the "Company"), hereby consents to the following actions, to the same extent as if adopted by a vote at a formal meeting of the members of the Company, waive any notice required in connection therewith, and direct that this Written Consent of the Members in Lieu of Meeting (this "Consent") be placed with the records of the meetings of the Company.

WHEREAS, the Members have considered the financial and operational aspects of the Company's business, and the financial and operational aspects the Company's business; and

WHEREAS, the Members have reviewed the historical performance, assets and liabilities of the Company; and

WHEREAS, the Members approve and intend for the Company to file a voluntary petition under the provisions of chapter 7 (the "Bankruptcy Proceedings") of title 11 of the United States Code (the "Bankruptcy Code");

WHEREAS, the Members have reviewed and considered the Company's options and the recommendations of professionals and advisors to the Company as to the proposed liquidation to be implemented during the course of the Bankruptcy Proceedings.

NOW, THEREFORE, IT IS HEREBY RESOLVED:

1.    It is desirable and in the best interests of the Company, its creditors, and other interested parties, that a voluntary petition be filed by the Company under the provisions of chapter 7 of the Bankruptcy Code.

2.    The Directors (as that term is defined in the Operating Agreement dated December 17, 2018) (the "Operating Agreement") are directed, authorized and empowered to execute and file on behalf of the Company all petitions, schedules, lists, affidavits and other papers or documents, and to take any and all action which it deems necessary or proper to obtain such relief, if, in the judgment of the Company, the Company is adequately prepared prior to such filings.

3.    The Directors are directed, authorized and empowered to employ on behalf of the Company, Ciardi Ciardi & Astin, a law firm with experience and expertise in workouts, non-bankruptcy liquidations and reorganizations, and bankruptcy liquidations and reorganizations.

4.    The Directors are directed, authorized and empowered, in the name of, and on behalf of the Company, to take or cause to be taken any and all such other and further action, and

to execute, acknowledge, deliver and file any and all such instruments as each in his discretion, may deem necessary or advisable to carry out the purpose and intent of the foregoing resolutions.

5.     All of the acts and transactions of management and the Members of the Company which relate to matters contemplated by the foregoing resolutions that have been undertaken in the name and on behalf of the Company prior to the effective date of these resolutions, are hereby in all respects approved, confirmed and ratified.

This consent may be executed in counterparts and all so executed shall constitute one consent and be deemed an original. Facsimile transmissions of the signature provided for below may be relied upon and shall have the same force and effect as the original of such signature.

This consent to action is effective as of May  15 , 2024.

IN WITNESS WHEREOF, the undersigned in his/her capacity as a Member has executed this written consent as of the day first written above.

**[Signature lines on next page – space intentionally left blank]**

**MEMBERS**:

WANABANA, LLC

*Santiago Peña*

By: Santiago Peña

Its: Authorized Member

GRUPO NAVIS, LLC

By: Angel Santiago

Its: President

3

Fill in this information to identify the case:

Debtor name    Wanabana USA LLC

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

WARNING – Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒    Schedule A/B: Assets–Real and Personal Property (Official Form 208A/B)
☒    Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
☒    Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☒    Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☒    Schedule H: Codebtors (Official Form 206H)
☒    Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☐    Amended Schedule
☐    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
☐    Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    May 15, 2024            X
                                        Signature of individual signing on behalf of debtor

                                        Francisco Pena Cordovez
                                        Printed name

                                        President
                                        Position or relationship to debtor

Fill in this information to identify the case:

Debtor name    Wanabana USA LLC

United States Bankruptcy Court for the:  DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1.    Cash and cash equivalents**

**1. Does the debtor have any cash or cash equivalents?**

☐ No.   Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. | Cash on hand | | $1,457.07 |

**3.    Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.  Santander | Cash Management | 2591 | Unknown |
| 3.2.  First Bank of Florida | Checking | 8864 | Unknown |

**4.    Other cash equivalents** *(Identify all)*

| 5. | Total of Part 1. | |
|---|---|---|
| | Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | $1,457.07 |

**Part 2.    Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☒ No.   Go to Part 3.
☐ Yes Fill in the information below.

**Part 3.    Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.   Go to Part 4.
☒ Yes Fill in the information below.

**11.    Accounts receivable**

Debtor    Wanabana USA LLC                                          Case number *(if known)* _____
          Name

| | | | | | | |
|---|---|---|---|---|---|---|
| 11a. 90 days old or less: | 70,736.00 | - | 70,736.00 | = .... | | $0.00 |
| | face amount | | doubtful or uncollectible accounts | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 11b. Over 90 days old: | 50,608.00 | - | 50,608.00 | =... | | $0.00 |
| | face amount | | doubtful or uncollectible accounts | | | |

**12.**   **Total of Part 3.**                                                                     $0.00
          Current value on lines 11a + 11b = line 12.   Copy the total to line 82.

13. Does the debtor own any investments?

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

18. Does the debtor own any inventory (excluding agriculture assets)?

☐ No.   Go to Part 6.
☒ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.**   **Raw materials** | | | | |
| **20.**   **Work in progress** | | | | |
| **21.**   **Finished goods, including goods held for resale** Fruit Pouches | | $566,160.00 | | $566,160.00 |
| **22.**   **Other inventory or supplies** | | | | |

**23.**   **Total of Part 5.**                                                                     $566,160.00
          Add lines 19 through 22.   Copy the total to line 84.

**24.**   **Is any of the property listed in Part 5 perishable?**
          ☐ No
          ☒ Yes

**25.**   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
          ☒ No
          ☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.**   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
          ☒ No
          ☐ Yes

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

Debtor    Wanabana USA LLC _____    Case number *(if known)* _____
                  Name

☒ No.    Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:**    **Machinery, equipment, and vehicles**

46. Does the debtor own or lease any machinery, equipment, or vehicles?

☒ No.    Go to Part 9.
☐ Yes Fill in the information below.

**Part 9.**    **Real property**

54. Does the debtor own or lease any real property?

☒ No.    Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:**    **Intangibles and intellectual property**

59. Does the debtor have any interests in intangibles or intellectual property?

☒ No.    Go to Part 11.
☐ Yes Fill in the information below.

**Part 11.**    **All other assets**

70. Does the debtor own any other assets that have not yet been reported on this form?
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.    Go to Part 12.
☒ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) |  |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, state, federal, local) |  |
| 73. | **Interests in insurance policies or annuities** |  |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** |  |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** |  |
| 76. | **Trusts, equitable or future interests in property** |  |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership |  |
|  | Prepaid (Expenses, Insurance, Inventory) _____ | $126,299.00 |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | $126,299.00 |

79. Has any of the property listed in Part 11 been appraised by a professional within the last year?
    ☒ No
    ☐ Yes

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    Wanabana USA LLC
          _____
          Name

Case number *(if known)* _____

**Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**
**Type of property**

**Current value of personal property**

**Current value of real property**

| 80. | Cash, cash equivalents, and financial assets. *Copy line 5, Part 1* | $1,457.07 | |
|-----|-----|-----|-----|
| 81. | Deposits and prepayments. *Copy line 9, Part 2.* | $0.00 | |
| 82. | Accounts receivable. *Copy line 12, Part 3.* | $0.00 | |
| 83. | Investments. *Copy line 17, Part 4.* | $0.00 | |
| 84. | Inventory.   *Copy line 23, Part 5.* | $566,160.00 | |
| 85. | Farming and fishing-related assets. *Copy line 33, Part 6.* | $0.00 | |
| 86. | Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $0.00 | |
| 87. | Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $0.00 | |
| 88. | Real property. *Copy line 56, Part 9.*......................................................................> | | $0.00 |
| 89. | Intangibles and intellectual property. *Copy line 66, Part 10.* | $0.00 | |
| 90. | All other assets. *Copy line 78, Part 11.* | + $126,299.00 | |
| 91. | **Total. Add lines 80 through 90 for each column** | $693,916.07 | + 91b. $0.00 |

92.  **Total of all property on Schedule A/B. Add lines 91a+91b=92**          $693,916.07

Fill in this information to identify the case:

Debtor name    Wanabana USA LLC

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1**  Bank of America, N.A.<br><br>Creditor's Name | Describe debtor's property that is subject to a lien | Unknown | $0.00 |
| One Fleet Way<br>Moosic, PA 18507<br>Creditor's mailing address | | | |
| | Describe the lien<br>Factoring Agreement | | |
| | Is the creditor an insider or related party?<br>☒ No | | |
| Creditor's email address, if known | ☐ Yes | | |
| | Is anyone else liable on this claim?<br>☒ No | | |
| Date debt was incurred | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| Last 4 digits of account number | | | |
| Do multiple creditors have an interest in the same property?<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☒ Unliquidated<br>☒ Disputed | | |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $0.00

### Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name   and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td>Wanabana USA LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>DISTRICT OF DELAWARE</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>Florida Department of Revenue<br>Attn:  Florida Department of<br>Revenue General Counsel<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | Unknown |
|  | Date or dates debt was incurred | Basis for the claim: |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes |  |  |
| **2.2** | Priority creditor's name and mailing address<br>Internal Revenue Service<br>Central Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | Unknown |
|  | Date or dates debt was incurred | Basis for the claim: |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes |  |  |
| **2.3** | Priority creditor's name and mailing address<br>Miami-Dade Cty Office of Tax<br>Collector<br>200 NW 2nd Avenue<br>Miami, FL 33128 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | Unknown |
|  | Date or dates debt was incurred | Basis for the claim: |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes |  |  |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

Debtor    Wanabana USA LLC
_____
            Name

Case number (if known) _____

3. List in alphabetical order all the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                                                                                                                    Amount of claim

**3.1**  Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is: Check all that apply.       $6,862.89
         Advanced Warehouse, Inc.
         700 Penhorn Ave.
         Suite 1                                                   ☐ Contingent
         Secaucus, NJ 07094                                        ☐ Unliquidated
                                                                   ☐ Disputed
         Date(s) debt was incurred _                               Basis for the claim: Trade Debt - Warehouse
         Last 4 digits of account number _                         Is the claim subject to offset?  ☒ No    ☐ Yes

**3.2**  Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is: Check all that apply.       Unknown
         Alexis Griego
         ATTN: Jake R. Jagfeld
         Johnson Becker PLLC
         444 Cedar St., #1800                                      ☒ Contingent
         Saint Paul, MN 55101                                      ☒ Unliquidated
                                                                   ☒ Disputed
         Date(s) debt was incurred _                               Basis for the claim: Tort Claim
         Last 4 digits of account number _                         Is the claim subject to offset?  ☒ No    ☐ Yes

**3.3**  Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is: Check all that apply.       Unknown
         Amber Gallo
         ATTN: Jake R. Jagfeld
         Johnson Becker PLLC
         444 Cedar Street, #1800                                   ☒ Contingent
         Saint Paul, MN 55101                                      ☒ Unliquidated
                                                                   ☒ Disputed
         Date(s) debt was incurred _                               Basis for the claim: Tort Claim
         Last 4 digits of account number _                         Is the claim subject to offset?  ☒ No    ☐ Yes

**3.4**  Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is: Check all that apply.       Unknown
         Anthony Piedra                                            ☒ Contingent
         10618 NE 187th Street                                     ☒ Unliquidated
         Battle Ground, WA 98604                                   ☒ Disputed
         Date(s) debt was incurred _                               Basis for the claim: Tort Claim
         Last 4 digits of account number _                         Is the claim subject to offset?  ☒ No    ☐ Yes

**3.5**  Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is: Check all that apply.       Unknown
         Archer O'Campo
         ATTN: Brandon Swartz, esq. and Adi
         Brownstein
         Swartz Culleton PC                                        ☒ Contingent
         547 E. Washington Ave.                                    ☒ Unliquidated
         Newtown, PA 18940                                         ☒ Disputed
         Date(s) debt was incurred _                               Basis for the claim: Tort Claim
         Last 4 digits of account number _                         Is the claim subject to offset?  ☒ No    ☐ Yes

**3.6**  Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is: Check all that apply.       Unknown
         Ashley de Jesus
         ATTN: Jake R. Jagfeld
         Johnson Becker PLLC
         444 Cedar Street, #1800                                   ☒ Contingent
         Saint Paul, MN 55101                                      ☒ Unliquidated
                                                                   ☒ Disputed
         Date(s) debt was incurred _                               Basis for the claim: Tort Claim
         Last 4 digits of account number _                         Is the claim subject to offset?  ☒ No    ☐ Yes

Debtor    Wanabana USA LLC            Case number (*if known*) _____
          Name

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $696.78 |

**3.7** Nonpriority creditor's name and mailing address
Austrofoods S.A.S.
Av. General Enriquez y Tanicuchi
Lote 8
Sangolqui, Ecuador

As of the petition filing date, the claim is: *Check all that apply.*    **$696.78**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No    ☐ Yes

---

**3.8** Nonpriority creditor's name and mailing address
Brittany Thomas
ATTN: Jake R. Jagfeld
Johnson Becker PLLC
444 Cedar Street, #1800
Saint Paul, MN 55101

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim: **Tort Claim**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No    ☐ Yes

---

**3.9** Nonpriority creditor's name and mailing address
Callilia McClintock
ATTN: Jake R. Jagfeld
Johnson Becker PLLC
444 Cedar Street, #1800
Saint Paul, MN 55101

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim: **Tort Claim**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No    ☐ Yes

---

**3.10** Nonpriority creditor's name and mailing address
Caribbean Logistics Solutions
Edificio P Royal Industrial Park 869
KM 15 Bo. Palmas
Catano, PR 00962

As of the petition filing date, the claim is: *Check all that apply.*    **$222,834.36**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No    ☐ Yes

---

**3.11** Nonpriority creditor's name and mailing address
Caribbean Produce Exchange
KM 2.8 Interior Carretera 869 Las Palmas
Industrial Park
Catano, PR 00962

As of the petition filing date, the claim is: *Check all that apply.*    **$217,980.57**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No    ☐ Yes

---

**3.12** Nonpriority creditor's name and mailing address
Charisma Wright
ATTN: Jake R. Jagfeld
Johnson Becker PLLC
444 Cedar St., #1800
Saint Paul, MN 55101

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim: **Tort Claim**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No    ☐ Yes

---

**3.13** Nonpriority creditor's name and mailing address
Charles Maculloch
ATTN: Jake R. Jagfeld
Johnson Becker PLLC
444 Cedar Street, #1800
Saint Paul, MN 55101

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim: **Tort Claim**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No    ☐ Yes

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | Wanabana USA LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.14** Nonpriority creditor's name and mailing address
Chelsea Windham and Vincent Windham
ATTN: Jack Scarola, esq. and Katherine Kiziah, esq.
Searcy Denny Scarola Barnhart & Shipley, P.A.
2139 Palm Beach Lakes Boulevard
West Palm Beach, FL 33409

As of the petition filing date, the claim is: Check all that apply.                    $50,000.00

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim: Tort Claim

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No      ☐ Yes

**3.15** Nonpriority creditor's name and mailing address
Cherelle Webb
ATTN: Jake R. Jagfeld
Johnson Becker PLLC
444 Cedar St., #1800
Saint Paul, MN 55101

As of the petition filing date, the claim is: Check all that apply.                    Unknown

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim: Tort Claim

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No      ☐ Yes

**3.16** Nonpriority creditor's name and mailing address
Christian Rizzaro
ATTN: Jake R. Jagfeld
Johnson Becker PLLC
444 Cedar St., #1800
Saint Paul, MN 55101

As of the petition filing date, the claim is: Check all that apply.                    Unknown

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim: Tort Claim

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No      ☐ Yes

**3.17** Nonpriority creditor's name and mailing address
Claimant
ATTN: Nicholas A. Norden, Esquire
Norden Leacox, PLLC
94 Lake Baldwin Lane
Suite 200
Orlando, FL 32814

As of the petition filing date, the claim is: Check all that apply.                    $0.00

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim: Tort Claim

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No      ☐ Yes

**3.18** Nonpriority creditor's name and mailing address
Claimant
ATTN: Brandon Swartz, Esq. and A. Brownstein, Esq.
Swartz Culleton PC
547 E. Washington Avenue
Newtown, PA 18940

As of the petition filing date, the claim is: Check all that apply.                    Unknown

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim: Tort Claim

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No      ☐ Yes

**3.19** Nonpriority creditor's name and mailing address
Claimant
ATTN: Zachary Rivenbark, Esquire
Law Office of Zachary S. Rivenbark
P.O. Box 625

Burgaw, NC 28425

As of the petition filing date, the claim is: Check all that apply.                    Unknown

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim: Tort Claim

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No      ☐ Yes

| Debtor | Wanabana USA LLC | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.20** | Nonpriority creditor's name and mailing address

Claimant
ATTN: Alexandra Piper
Sedgwick CMS
Ten Penn Center #5
1801 Market Street
Philadelphia, PA 19103

As of the petition filing date, the claim is: Check all that apply.

Unknown

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim: Tort Claim

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No    ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address

Corporation Service Company
ATTN: Kelley Cokefair
251 Little Fall Drive
Wilmington, DE 19808-1674

As of the petition filing date, the claim is: Check all that apply.

$500.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: Professional Services

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No    ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address

Cory Thornton
ATTN: Jake R. Jagfeld
Johnson Becker PLLC
444 Cedar St., #1800
Saint Paul, MN 55101

As of the petition filing date, the claim is: Check all that apply.

Unknown

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim: Tort Claim

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No    ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address

Crowley Logistics, Inc.
ATTN: Rodriquez A. Iglasias
102 NW 108th Avenue
Miami, FL 33178

As of the petition filing date, the claim is: Check all that apply.

$12,209.41

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: Trade debt

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No    ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address

DFX5 CORP.
ATTN: Carlos Marchi
888 Biscayne Boulevard
Suite 208
Miami, FL 33132

As of the petition filing date, the claim is: Check all that apply.

$38,000.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: Trade debt

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No    ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address

Dollar Tree, Inc.
500 Volvo Parkway
Chesapeake, VA 23320

As of the petition filing date, the claim is: Check all that apply.

$900,000.00

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim: Trade debt

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No    ☐ Yes

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Wanabana USA LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.26** | Nonpriority creditor's name and mailing address
Egypt Williams
ATTN: Allen E. Honick, Esquire
Furman Honick Law
11155 Red Run Boulevard
Suite 110
Owings Mills, MD 21117

As of the petition filing date, the claim is: Check all that apply.    **Unknown**

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim: Tort Claims

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address
Elowyn Matusak
ATTN: Jake R. Jagfeld
Johnson Becker PLLC
444 Cedar St., #1800
Saint Paul, MN 55101

As of the petition filing date, the claim is: Check all that apply.    **Unknown**

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim: Tort Claim

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address
Eric Goolsby and Heather Goolsby
ATTN: E. Maginnis, Esq. and K. Gwaltney, Esq.
Maginnis Howard
7706 Six Forks Road
Suite 101
Raleigh, NC 27615

As of the petition filing date, the claim is: Check all that apply.    **$5,000,000.00**

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim: Tort Claim

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address
Eva Ross
ATTN: Jake R. Jagfeld
Johnson Becker PLLC
444 Cedar St., #1800
Saint Paul, MN 55101

As of the petition filing date, the claim is: Check all that apply.    **Unknown**

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim: Tort Claim

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address
Ferraiuoli LLC
ATTN: Fernando Rovira
250 Mu?oz Rivera Avenue
6th Floor
San Juan, PR 00918

As of the petition filing date, the claim is: Check all that apply.    **$1,589.40**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: Legal Services

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address
Glez Food Group
ATTN: Fernando Gonzalez
15034 SW 153 Avenue
Miami, FL 33196

As of the petition filing date, the claim is: Check all that apply.    **$1,500.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: Professional Services

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

Debtor   __Wanabana USA LLC_____    Case number (if known) _____
       Name

| | | |
|---|---|---|
| **3.32** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,500.00** |
| Global Vision Marketing & Communications | | |
| ATTN: Karen Garnik | | |
| P.O Box 16102 | ☐ Contingent | |
| San Juan, PR 00908 | ☐ Unliquidated | |
| | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _Professional Services_ | |
| Last 4 digits of account number _ | Is the claim subject to offset?   ☒ No     ☐ Yes | |

| | | |
|---|---|---|
| **3.33** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| Grace Yotko | | |
| ATTN: Brandon Swartz, Esq. and Adi | | |
| Brownstein, Esq. | | |
| Swartz Culleton PC | ☒ Contingent | |
| 547 E. Washington Ave. | ☒ Unliquidated | |
| Newtown, PA 18940 | ☒ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _Tort Claim_ | |
| Last 4 digits of account number _ | Is the claim subject to offset?   ☒ No     ☐ Yes | |

| | | |
|---|---|---|
| **3.34** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$587,475.01** |
| Grupo Navis, LLC | | |
| 1413 Ponce de Leon Avenue, Ste. 301 | ☐ Contingent | |
| San Juan, PR 00909 | ☐ Unliquidated | |
| | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _Trade Debt_ | |
| Last 4 digits of account number _ | Is the claim subject to offset?   ☒ No     ☐ Yes | |

| | | |
|---|---|---|
| **3.35** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$820,246.00** |
| Grupo Navis, LLC | | |
| 1413 Ponce de Leon Avenue, Ste. 301 | ☐ Contingent | |
| San Juan, PR 00909 | ☐ Unliquidated | |
| | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _Loan_ | |
| Last 4 digits of account number _ | Is the claim subject to offset?   ☒ No     ☐ Yes | |

| | | |
|---|---|---|
| **3.36** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,068.47** |
| H-E-B, LP | | |
| 646 South Flores Street | | |
| Cypress Towers - 4th Floor | ☐ Contingent | |
| San Antonio, TX 78204 | ☐ Unliquidated | |
| | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset?   ☒ No     ☐ Yes | |

| | | |
|---|---|---|
| **3.37** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$223.00** |
| Intuit Quickbooks | | |
| 2800 E. Commerce Center Place | ☐ Contingent | |
| Tucson, AZ 85706 | ☐ Unliquidated | |
| | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _Accounting Software Fees_ | |
| Last 4 digits of account number _ | Is the claim subject to offset?   ☒ No     ☐ Yes | |

| | | |
|---|---|---|
| **3.38** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,000,000.00** |
| Jennifer Bell | | |
| ATTN: Jack Scarola, Esq. and Katherine Kiziah, | | |
| Esq. | | |
| Searcy Denny Scarola Barnhart & Shipley, P.A. | | |
| 2139 Palm Beach Lakes Boulevard | ☒ Contingent | |
| West Palm Beach, FL 33409 | ☒ Unliquidated | |
| | ☒ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _Tort Claim_ | |
| Last 4 digits of account number _ | Is the claim subject to offset?   ☒ No     ☐ Yes | |

| Debtor | Wanabana USA LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.39** Nonpriority creditor's name and mailing address
Jessica Smith
ATTN: Daniel K. Cetina, Esquire
Walsh, Knippen & Cetina, Chartered
2150 Manchester Road
Suite 200
Wheaton, IL 60187

As of the petition filing date, the claim is: Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

$50,000.00

Date(s) debt was incurred _

Basis for the claim: Tort Claim

Last 4 digits of account number _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.40** Nonpriority creditor's name and mailing address
Julie Kepisty
ATTN: Jake R. Jagfeld
Johnson Becker PLLC
444 Cedar Street, #1800
Saint Paul, MN 55101

As of the petition filing date, the claim is: Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Unknown

Date(s) debt was incurred _

Basis for the claim: Tort Claim

Last 4 digits of account number _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.41** Nonpriority creditor's name and mailing address
Kelli Delaney
ATTN: Austin M. Sheheen, Esquire
Savage Royall & Sheheen L.L.P.
P.O. Drawer 10
Camden, SC 29021

As of the petition filing date, the claim is: Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Unknown

Date(s) debt was incurred _

Basis for the claim: Tort Claim

Last 4 digits of account number _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.42** Nonpriority creditor's name and mailing address
Kimberly Holm
ATTN: Jake R. Jagfeld
Johnson Becker PLLC
444 Cedar Street, #1800
Saint Paul, MN 55101

As of the petition filing date, the claim is: Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Unknown

Date(s) debt was incurred _

Basis for the claim: Tort Claim

Last 4 digits of account number _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.43** Nonpriority creditor's name and mailing address
Kimberly Spalding
ATTN: Jake R. Jagfeld
Johnson Becker PLLC
444 Cedar Street, #1800
Saint Paul, MN 55101

As of the petition filing date, the claim is: Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Unknown

Date(s) debt was incurred _

Basis for the claim: Tort Claim

Last 4 digits of account number _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.44** Nonpriority creditor's name and mailing address
Kristen Phillips
ATTN: Jake R. Jagfeld
Johnson Becker PLLC
444 Cedar Street, #1800
Saint Paul, MN 55101

As of the petition filing date, the claim is: Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Unknown

Date(s) debt was incurred _

Basis for the claim: Tort Claim

Last 4 digits of account number _

Is the claim subject to offset?    ☒ No    ☐ Yes

| Debtor | Wanabana USA LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Liberty Mutual Insurance Company
304 Ponce de Leon Avenue
Suite 903
San Juan, PR 00918

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: Insurance

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No     ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000,000.00 |
|---|---|---|---|

Madison Johnson and Elvin Dowling, et al
ATTN: R. Schubert, D. Schubert, and A.
Shubert, Esqs.
Schubert Jonckheer & Kolbe LLP
2001 Union Street
Suite 200
San Francisco, CA 94123

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim: Tort Claim

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No     ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Mariah Piazza
ATTN: Jake R. Jagfeld
Johnson Becker PLLC
444 Cedar Street, #1800
Saint Paul, MN 55101

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim: Tort Claim

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No     ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Marilyn Gonzalez
ATTN: Patrick H. Cahalane
Anglin, Rea & Cahalane, P.A.
1005 Eastpark Boulevard
Cranbury, NJ 08512

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim: Tort Claim

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No     ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | Unknown |
|---|---|---|---|

Matthew Haraway, Jr.
ATTN: Jake R. Jagfeld
Johnson Becker PLLC
444 Cedar Street, #1800
Saint Paul, MN 55101

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim: Tort Claim

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No     ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Michal Russo
ATTN: Jake R. Jagfeld
Johnson Becker PLLC
444 Cedar Street, #1800
Saint Paul, MN 55101

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim: Tort Claim

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No     ☐ Yes

---

| Debtor | Wanabana USA LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.51** Nonpriority creditor's name and mailing address
ML Ventures
URB Monte Atenas
1300 Calle Atenas
Apt 67
San Juan, PR 00926-7809

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$6,160.00

Date(s) debt was incurred _

Basis for the claim: Professional Services

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.52** Nonpriority creditor's name and mailing address
Natasha Naderi
ATTN: Jake R. Jagfeld
Johnson Becker PLLC
444 Cedar Street, #1800
Saint Paul, MN 55101

As of the petition filing date, the claim is: Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Unknown

Date(s) debt was incurred _

Basis for the claim: Tort Claim

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.53** Nonpriority creditor's name and mailing address
Nicole Peterson and Thomas Duong
ATTN: L. Oliver, Esq., C. Scott, Esq., and N.
Williams, Esq.
Motley Rice LLC
28 Bridgeside Boulevard
Mount Pleasant, SC 29464

As of the petition filing date, the claim is: Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

$100,000.00

Date(s) debt was incurred _

Basis for the claim: Tort Claim

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.54** Nonpriority creditor's name and mailing address
Nydia Sprella
ATTN: Jake R. Jagfeld
Johnson Becker PLLC
444 Cedar Street, #1800
Saint Paul, MN 55101

As of the petition filing date, the claim is: Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Unknown

Date(s) debt was incurred _

Basis for the claim: Tort Claim

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.55** Nonpriority creditor's name and mailing address
PSV & Co., PSC
ATTN: Francisco Perdonmo
P.O. Box 363247
San Juan, PR 00936-3247

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,580.07

Date(s) debt was incurred _

Basis for the claim: Professional Services

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.56** Nonpriority creditor's name and mailing address
Purcell-International
800 Ellinwood Way
Pleasant Hill, CA 94523

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$250,000.00

Date(s) debt was incurred _

Basis for the claim: Trade debt

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

| Debtor | Wanabana USA LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.57** Nonpriority creditor's name and mailing address
Rebecca Bruce
ATTN: Jake R. Jagfeld
Johnson Becker PLLC
444 Cedar Street, #1800
Saint Paul, MN 55101

As of the petition filing date, the claim is: Check all that apply.   **Unknown**

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: Tort Claim

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.58** Nonpriority creditor's name and mailing address
Samantha Marsh
Attn:   J. Zultzer, Esq. and D. Markowitz, Esq.
The Sultzer Law Group P.C.
85 Civic Center Plaza
Suite 200
Poughkeepsie, NY 12601

As of the petition filing date, the claim is: Check all that apply.   **$5,000,000.00**

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: Tort Claim

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.59** Nonpriority creditor's name and mailing address
Santander, N.A.
95 Amaral Street
East Providence, RI 02915

As of the petition filing date, the claim is: Check all that apply.   **$330.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: Bank Fees

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.60** Nonpriority creditor's name and mailing address
Sarah Callahan and Ricky Callahan, Jr.
ATTN: D. Guntner, Esq. and S. Echsner, Esq.
Aylstock, Witkin, Kreis & Overholtz, PLLC
17 East Main Street
Suite 200
Birmingham, AL 35202

As of the petition filing date, the claim is: Check all that apply.   **$50,000.00**

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: Tort Claim

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.61** Nonpriority creditor's name and mailing address
Sarah Salyer
ATTN: Jake R. Jagfeld
Johnson Becker PLLC
444 Cedar Street, #1800
Saint Paul, MN 55101

As of the petition filing date, the claim is: Check all that apply.   **Unknown**

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: Tort Claim

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.62** Nonpriority creditor's name and mailing address
Sharika Alvarez
ATTN: Jake R. Jagfeld
Johnson Becker PLLC
444 Cedar Street, #1800
Saint Paul, MN 55101

As of the petition filing date, the claim is: Check all that apply.   **Unknown**

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: Tort Claim

Is the claim subject to offset?   ☒ No   ☐ Yes

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Wanabana USA LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.63** Nonpriority creditor's name and mailing address
Skadden, Arps, Slate, Meagher & Flom LLP
ATTN: William McConagha
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Ave., N.W.
Washington, DC 20005

As of the petition filing date, the claim is: Check all that apply.                    $981,731.06

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: Legal Services

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.64** Nonpriority creditor's name and mailing address
Skylar Horton
ATTN: Travis E. Venable, Esquire
Thomas J. Henry Injury Attorneys
5711 University Heights Boulevard
Suite 101
San Antonio, TX 78249

As of the petition filing date, the claim is: Check all that apply.                    $1,000,000.00

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim: Tort Claim

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.65** Nonpriority creditor's name and mailing address
SPS Commerce
ATTN: Ben Kloos
333 South Seventh Street
Suite 1000
Minneapolis, MN 55402

As of the petition filing date, the claim is: Check all that apply.                    $3,204.59

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: Trade debt

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.66** Nonpriority creditor's name and mailing address
Telecontact Exportacion
ATTN: Juan Antonio Diaz
Galer?a Pac?fico Ave Las Cumbres
Suite 213
San Juan, PR 00926

As of the petition filing date, the claim is: Check all that apply.                    $3,000.00

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: Professional Services

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.67** Nonpriority creditor's name and mailing address
Trisha Brockoff
ATTN: Jake R. Jagfeld
Johnson Becker PLLC
444 Cedar Street, #1800
Saint Paul, MN 55101

As of the petition filing date, the claim is: Check all that apply.                    Unknown

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim: Tort Claim

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.68** Nonpriority creditor's name and mailing address
United Parcel Service, Inc.
28013 Network Place
Chicago, IL 60673-1280

As of the petition filing date, the claim is: Check all that apply.                    $964.05

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: Trade Debt - Logistics

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

| Debtor | Wanabana USA LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,095,079.23 |
|---|---|---|---|

Wanabana Exchange, LLC
1413 Ponce de Leon Avenue
Suite 301
San Juan, PR 00907

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No    ☐ Yes

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,515.00 |
|---|---|---|---|

Wanabana LLC
9405 N. Miami Avenue

Miami, FL 33150

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No    ☐ Yes

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Whitney Wilke
ATTN: Jake R. Jagfeld
Johnson Becker PLLC
444 Cedar Street, #1800
Saint Paul, MN 55101

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim: Tort Claim

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No    ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Austin M. Sheheen<br>Savage Royall & Sheheen L.L.P.<br>1111 Church Street<br>Camden, SC 29020 | Line 3.41<br>☐ Not listed. Explain ____ | _ |
| 4.2 | Charles E. Schaffer, Esquire<br>Levin Sedran & Berman<br>510 Walnut Street<br>Suite 500<br>Philadelphia, PA 19106 | Line 3.58<br>☐ Not listed. Explain ____ | _ |
| 4.3 | Fernando Rovira<br>P.O. Box 195168<br>San Juan, PR 00919-5168 | Line 3.30<br>☐ Not listed. Explain ____ | _ |
| 4.4 | Francisco Perdonmo<br>101 Avenue de Diego<br>San Juan, PR 00927 | Line 3.55<br>☐ Not listed. Explain ____ | _ |
| 4.5 | Jeffrey K. Brown, Esquire<br>Leeds Brown Law, P.C.<br>1 Old Country Road<br>Suite 347<br>Carle Place, NY 11514 | Line 3.58<br>☐ Not listed. Explain ____ | _ |

| Debtor | Wanabana USA LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.6** Juan Antonio Diaz | Line  3.66 | — |
| 275 Pi?ero Ave.<br>San Juan, PR 00917 | ☐   Not listed. Explain ____ | |
| **4.7** Nathan C. Zipperian, Esquire<br>Miller Shah LLP<br>1625 N. Commerce Pkwy<br>Suite 320<br>Fort Lauderdale, FL 33326 | Line  3.46 | — |
| | ☐   Not listed. Explain ____ | |

---

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.   Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts | |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b.  +  $ | | 26,456,249.89 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 26,456,249.89 |

Fill in this information to identify the case:

Debtor name    Wanabana USA LLC

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                        12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
☒ No. Check this box and file this form with the debtor's other schedules.    There is nothing else to report on this form.
☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
(Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

2.1    State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2.2    State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2.3    State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2.4    State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

| Fill in this information to identify the case: |
| --- |

Debtor name   **Wanabana USA LLC**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

#### 1. Do you have any codebtors?

☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: Codebtor                                              Column 2: Creditor

| | Name | Mailing Address | | | Name | Check all schedules that apply: |
| --- | --- | --- | --- | --- | --- | --- |
| 2.1 | | Street | | | | ☐ D ☐ E/F ☐ G |
| | | City | State | Zip Code | | |
| 2.2 | | Street | | | | ☐ D ☐ E/F ☐ G |
| | | City | State | Zip Code | | |
| 2.3 | | Street | | | | ☐ D ☐ E/F ☐ G |
| | | City | State | Zip Code | | |
| 2.4 | | Street | | | | ☐ D ☐ E/F ☐ G |
| | | City | State | Zip Code | | |

Official Form 207

**Fill in this information to identify the case:**

Debtor name    Wanabana USA LLC

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**    Income

**1.  Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From 01/01/2024 to Filing Date | ☒ Operating a business<br>☐ Other _____ | $-585,805.00 |
| For prior year:<br>From 01/01/2023 to 12/31/2023 | ☒ Operating a business<br>☐ Other _____ | $5,012,691.00 |
| For year before that:<br>From 01/01/2022 to 12/31/2022 | ☒ Operating a business<br>☐ Other _____ | $4,970,396.00 |

**2.  Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**    List Certain Transfers Made Before Filing for Bankruptcy

**3.  Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Debtor   Wanabana USA LLC                                      Case number (if known) _____

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|
| 3.1.    *See Attached Check Register | | Unknown | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

    ☒ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

    ☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**
    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

    ☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

    ☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Windham (S.W.), et al, v. Wanabana, LLC, et al. 1:24-cv-20526-KMM | Personal Injury | FL FL | ☒ Pending ☐ On appeal ☐ Concluded |
| 7.2. | Horton, et al, v. WanaBana Austrofood CIT LTDA, et al. D-1-GN-24-000366 | Personal Injury | TX TX | ☒ Pending ☐ On appeal ☐ Concluded |
| 7.3. | Peterson (L.D.1.), et al, v. Wanabana LLC, et al. 24TC-190566424 | Personal Injury | FL FL | ☒ Pending ☐ On appeal ☐ Concluded |
| 7.4. | Windham (S.W.), et al, v. Wanabana, LLC, et al. 2023-028631-CA-01 | Personal Injury | FL FL | ☒ Pending ☐ On appeal ☐ Concluded |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                                         Best Case Bankruptcy

**Wanabana USA LLC**
**Check Detail Report**
January-December 2024

Wanabana USA LLC ( LLC)

| | Account | Transaction ID | Date | Transaction type | Num | Name | Memo/Description | Cleared | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 4002 | Wanabana USA LLC ( LLC) | 4002 | 01/04/2024 | Expense | -- | Wanabana Exchange, LLC | Payment Notes:Pago Facturas Fernauos - WEXC | Reconciled | -2,378.75 |
| | Wanabana USA LLC ( LLC) | 4002 | 01/04/2024 | Expense | -- | Wanabana Exchange, LLC | -- | | -2,378.75 |
| 4001 | Wanabana USA LLC ( LLC) | 4001 | 01/05/2024 | Expense | -- | Wanabana US | Wanabana,XXXXXX2591,XXXXXX5970 | Reconciled | -1,000.00 |
| | Wanabana USA LLC ( LLC) | 4001 | 01/05/2024 | Expense | -- | Wanabana US | -- | Uncleared | 1,000.00 |
| 3997 | Wanabana USA LLC ( LLC) | 3997 | 01/11/2024 | Expense | -- | TrueCommerce | TRUE COMMERCE.I.,XXXXXX4791 | Reconciled | -35.68 |
| | Wanabana USA LLC ( LLC) | 3997 | 01/11/2024 | Expense | -- | TrueCommerce | -- | | 35.68 |
| 3998 | Wanabana USA LLC ( LLC) | 3998 | 01/11/2024 | Expense | -- | TrueCommerce | TRUE COMMERCE.I.,XXXXXX4791 | Reconciled | -65.79 |
| | Wanabana USA LLC ( LLC) | 3998 | 01/11/2024 | Expense | -- | TrueCommerce | -- | | 65.79 |
| 3999 | Wanabana USA LLC ( LLC) | 3999 | 01/12/2024 | Expense | -- | Santander Bank | FEES FOR ACCOUNT ANALYSIS 12/31/23 | Reconciled | -258.28 |
| | Wanabana USA LLC ( LLC) | 3999 | 01/12/2024 | Expense | -- | Santander Bank | -- | | 258.28 |
| 3918 | Wanabana USA LLC ( LLC) | 3918 | 01/17/2024 | Bill Payment (Check) | -- | Navis, LLC | Invoice no. BV-Nov. & Dic. | Reconciled | -2,000.00 |
| | Wanabana USA LLC ( LLC) | 3918 | 01/17/2024 | Bill Payment (Check) | -- | Navis, LLC | -- | | -2,000.00 |
| 3993 | Wanabana USA LLC ( LLC) | 3993 | 01/17/2024 | Expense | -- | QuickBooks | INTUIT *,800-446-8848 XXXXXX6346 | Reconciled | -223.00 |
| | Wanabana USA LLC ( LLC) | 3993 | 01/17/2024 | Expense | -- | QuickBooks | -- | | 223.00 |
| 4000 | Wanabana USA LLC ( LLC) | 4000 | 01/18/2024 | Expense | -- | Wanabana Exchange, LLC | Adelanto Purcell | Reconciled | -35,818.02 |
| | Wanabana USA LLC ( LLC) | 4000 | 01/18/2024 | Expense | -- | Wanabana Exchange, LLC | Adelanto Purcell | Uncleared | 35,818.02 |
| 3935 | Wanabana USA LLC ( LLC) | 3935 | 01/26/2024 | Bill Payment (Check) | -- | Crowley | -- | Reconciled | -698.56 |
| | Wanabana USA LLC ( LLC) | 3935 | 01/26/2024 | Bill Payment (Check) | -- | Crowley | -- | | -698.56 |
| 3936 | Wanabana USA LLC ( LLC) | 3936 | 01/26/2024 | Bill Payment (Check) | -- | Crowley | -- | Reconciled | -753.02 |
| | Wanabana USA LLC ( LLC) | 3936 | 01/26/2024 | Bill Payment (Check) | -- | Crowley | -- | | -753.02 |
| 3937 | Wanabana USA LLC ( LLC) | 3937 | 01/26/2024 | Bill Payment (Check) | -- | Raul J Ortiz | Invoice no. AF2-2.,RO122023 | Reconciled | -3,850.00 |
| | Wanabana USA LLC ( LLC) | 3937 | 01/26/2024 | Bill Payment (Check) | -- | Raul J Ortiz | -- | | -3,850.00 |
| 3939 | Wanabana USA LLC ( LLC) | 3939 | 01/26/2024 | Bill Payment (Check) | -- | Navis, LLC | Invoice no. BV - Jan. 2024 | Reconciled | -1,000.00 |
| | Wanabana USA LLC ( LLC) | 3939 | 01/26/2024 | Bill Payment (Check) | -- | Navis, LLC | -- | | -1,000.00 |
| 3995 | Wanabana USA LLC ( LLC) | 3995 | 01/26/2024 | Expense | 01-2024 | Claudia Torres | Servicios Profesionales Enero 2024 | Reconciled | -3,500.00 |
| | Wanabana USA LLC ( LLC) | 3995 | 01/26/2024 | Expense | 01-2024 | Claudia Torres | -- | | 3,500.00 |
| 3992 | Wanabana USA LLC ( LLC) | 3992 | 02/05/2024 | Bill Payment (Check) | -- | Caribbean Logistics Solutions CLS | -- | Reconciled | -2,571.43 |
| | Wanabana USA LLC ( LLC) | 3992 | 02/05/2024 | Bill Payment (Check) | -- | Caribbean Logistics Solutions CLS | -- | | -2,571.43 |

| No. | Entity | Date | Type | Payee | Memo/Description | Status | Amount |
|---|---|---|---|---|---|---|---|
| 3987 | Wanabana USA LLC (LLC | 3987 02/06/2024 | Bill Payment (Check) -- | Global Vision Marketing & Communication-- | -- | Reconciled | -2,500.00 / -2,500.00 |
| 4077 | Wanabana USA LLC (LLC | 4077 02/09/2024 | Expense | TrueCommerce | -- TRUE COMMERCE, L.X0000004791 | Reconciled | -65.79 / 65.79 |
| 4073 | Wanabana USA LLC (LLC | 4073 02/16/2024 | Bill Payment (Check) -- | Global Vision Marketing & Communication-- | -- | Reconciled | -2,500.00 / -2,500.00 |
| 4074 | Wanabana USA LLC (LLC | 4074 02/13/2024 | Expense | Santander Bank | FEES FOR ACCOUNT ANALYSIS 01/31/24 | Reconciled | -231.47 / 231.47 |
| 4076 | Wanabana USA LLC (LLC | 4076 02/13/2024 | Expense | TrueCommerce | TRUE COMMERCE, L.X0000004791 | Reconciled | -35.68 / 35.68 |
| 4075 | Wanabana USA LLC (LLC | 4075 02/20/2024 | Expense | QuickBooks | INTUIT *800-446-8848,XXXXXXX5346 | Reconciled | -223.00 / 223.00 |
| 4094 | Wanabana USA LLC (LLC | 4094 02/27/2024 | Expense | Claudia Torres | Professional Services for February 2024 | Reconciled | -3,500.00 / 3,500.00 |
| 4170 | Wanabana USA LLC (LLC | 4170 02/28/2024 | Expense | Squire Patton Boggs (US) LLP | Product Recall Retainer | Cleared / Uncleared | -175,000.00 / 175,000.00 |
| 4099 | Wanabana USA LLC (LLC | 4099 02/29/2024 | Expense | Carlton Fields | Personal Injury Wanabana USA Product Recall - Carlton Fields Reta | Uncleared | -50,000.00 / 50,000.00 |
| 4106 | Wanabana USA LLC (LLC | 4106 03/01/2024 | Bill Payment (Check) -- | Global Vision Marketing & Communication-- | -- | Cleared | -2,500.00 / -2,500.00 |
| 4143 | Wanabana USA LLC (LLC | 4143 03/07/2024 | Bill Payment (Check) -- | Crowley | -- | Cleared | -3,303.74 / -3,303.74 |
| 4144 | Wanabana USA LLC (LLC | 4144 03/07/2024 | Bill Payment (Check) -- | Crowley | -- | Cleared | -524.06 / -524.06 |
| 4145 | Wanabana USA LLC (LLC | 4145 03/07/2024 | Bill Payment (Check) -- | Crowley | -- | Cleared | -96.07 / -96.07 |
| 4146 | Wanabana USA LLC (LLC | 4146 03/07/2024 | Bill Payment (Check) -- | Crowley | -- | Cleared | -657.35 / -657.35 |
| 4147 | Wanabana USA LLC (LLC | 4147 03/07/2024 | Bill Payment (Check) -- | Crowley | -- | Cleared | -111.10 / -111.10 |

| | Name | Num / Date | Type | Payee | Memo | Status | Amount |
|---|---|---|---|---|---|---|---|
| 4158 | Wanabana USA LLC ( LLC / Wanabana USA LLC ( LLC | 4158 03/12/2024 / 4158 03/12/2024 | Expense / Expense | TrueCommerce / TrueCommerce | - / TRUE COMMERCE, I-XXXXXX4791 | Cleared / : | -65.79 / 65.79 |
| 4159 | Wanabana USA LLC ( LLC / Wanabana USA LLC ( LLC | 4159 03/13/2024 / 4159 03/13/2024 | Expense / Expense | Santander Bank / Santander Bank | - / FEES FOR ACCOUNT ANALYSIS 02/29/24 | Cleared / : | -279.07 / 279.07 |
| 4148 | Wanabana USA LLC ( LLC / Wanabana USA LLC ( LLC | 4148 03/18/2024 / 4148 03/18/2024 | Expense / Expense | Epiq System Acquisition / Epiq System Acquisition | - / Payment Notes:Inv. 03150024 Retainer- WANABAN USA | Cleared / Uncleared | -25,000.00 / 25,000.00 |
| 4160 | Wanabana USA LLC ( LLC / Wanabana USA LLC ( LLC | 4160 03/19/2024 / 4160 03/19/2024 | Expense / Expense | QuickBooks / QuickBooks | - / INTUIT *.800-446-8848.XXXXXXX8346 | Cleared / : | -223.00 / 223.00 |
| 4152 | Wanabana USA LLC ( LLC / Wanabana USA LLC ( LLC | 4152 03/26/2024 / 4152 03/26/2024 | Bill Payment (Check) / Bill Payment (Check) | Crowley / Crowley | - / : | Cleared / : | -4,262.47 / -4,262.47 |
| 4153 | Wanabana USA LLC ( LLC / Wanabana USA LLC ( LLC | 4153 03/26/2024 / 4153 03/26/2024 | Bill Payment (Check) / Bill Payment (Check) | Crowley / Crowley | - / : | Cleared / : | -4,184.98 / -4,184.98 |
| 4165 | Wanabana USA LLC ( LLC / Wanabana USA LLC ( LLC | 4165 03/26/2024 / 4165 03/26/2024 | Bill Payment (Check) / Bill Payment (Check) | Global Vision Marketing & Communication -- / Global Vision Marketing & Communication -- | : / : | Cleared / : | -2,500.00 / -2,500.00 |
| 4166 | Wanabana USA LLC ( LLC / Wanabana USA LLC ( LLC | 4166 03/26/2024 / 4166 03/26/2024 | Bill Payment (Check) / Bill Payment (Check) | Global Vision Marketing & Communication -- / Global Vision Marketing & Communication -- | - / : | Cleared / : | -2,500.00 / -2,500.00 |
| 4167 | Wanabana USA LLC ( LLC / Wanabana USA LLC ( LLC | 4167 03/26/2024 / 4167 03/26/2024 | Bill Payment (Check) / Bill Payment (Check) | Global Vision Marketing & Communication -- / Global Vision Marketing & Communication -- | : / : | Cleared / : | -2,500.00 / -2,500.00 |
| 4168 | Wanabana USA LLC ( LLC / Wanabana USA LLC ( LLC | 4168 03/26/2024 / 4168 03/26/2024 | Bill Payment (Check) / Bill Payment (Check) | Global Vision Marketing & Communication -- / Global Vision Marketing & Communication -- | : / : | Cleared / : | -2,500.00 / -2,500.00 |
| 4226 | Wanabana USA LLC ( LLC / Wanabana USA LLC ( LLC | 4226 04/10/2024 / 4226 04/10/2024 | Expense / Expense | TrueCommerce / TrueCommerce | - / TRUE COMMERCE, I-XXXXXX4791 | Cleared / : | -65.79 / 65.79 |
| 4225 | Wanabana USA LLC ( LLC / Wanabana USA LLC ( LLC | 4225 04/11/2024 / 4225 04/11/2024 | Expense / Expense | Santander Bank / Santander Bank | - / FEES FOR ACCOUNT ANALYSIS 03/31/24 | Cleared / : | -266.39 / 266.39 |
| 4224 | Wanabana USA LLC ( LLC / Wanabana USA LLC ( LLC | 4224 04/17/2024 / 4224 04/17/2024 | Expense / Expense | QuickBooks / QuickBooks | - / INTUIT *.800-446-8848.XXXXXXX8346 | Cleared / : | -223.00 / 223.00 |
| 4204 | Wanabana USA LLC ( LLC / Wanabana USA LLC ( LLC | 4204 04/18/2024 / 4204 04/18/2024 | Bill Payment (Check) / Bill Payment (Check) | Proxranslating / Proxranslating | - / : | Cleared / : | -563.24 / -563.24 |
| 4223 | Wanabana USA LLC ( LLC / Wanabana USA LLC ( LLC | 4223 04/22/2024 / 4223 04/22/2024 | Expense / Expense | TrueCommerce / TrueCommerce | - / TRUE COMMERCE, I-XXXXXX4791 | Cleared / : | -35.68 / 35.68 |
| 4217 | | | | | | | |

| Num | Account | Date | Type | Payee | Memo | Status | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| 4217 | Wanabana USA LLC ( LLC | 04/24/2024 | Expense | TrueCommerce | TRUE COMMERCE I_XXXXXX4791 | Cleared | -35.68 | 35.68 |
| 4213 | Wanabana USA LLC ( LLC | 04/25/2024 | Bill Payment (Check) | O'Melveny & Myers, LLP | — | Cleared | -20,949.97 | -20,949.97 |
| 4214 | Wanabana USA LLC ( LLC | 04/29/2024 | Bill Payment (Check) | Squire Patton Boggs (US) LLP | — | Cleared | -46,707.20 | -46,707.20 |
| 4215 | Wanabana USA LLC ( LLC | 04/25/2024 | Bill Payment (Check) | Ellis & Winters LLP | — | Cleared | -1,774.91 | -1,774.91 |
| 4216 | Wanabana USA LLC ( LLC | 04/25/2024 | Bill Payment (Check) | Ellis & Winters LLP | — | Cleared | -2,303.50 | -2,303.50 |
| 4218 | Wanabana USA LLC ( LLC | 04/25/2024 | Bill Payment (Check) | Carlton Fields | — | Cleared | -4,087.50 | -4,087.50 |
| 4219 | Wanabana USA LLC ( LLC | 04/25/2024 | Bill Payment (Check) | Carlton Fields | — | Cleared | -53,365.80 | -53,365.80 |
| 4220 | Wanabana USA LLC ( LLC | 04/29/2024 | Bill Payment (Check) | Carlton Fields | — | Cleared | -46,410.42 | -46,410.42 |
| 4221 | Wanabana USA LLC ( LLC | 04/29/2024 | Bill Payment (Check) | Carlton Fields | — | Cleared | -29,289.50 | -29,289.50 |
| 4222 | Wanabana USA LLC ( LLC | 04/29/2024 | Bill Payment (Check) | Carlton Fields | — | Cleared | -41,937.50 | -41,937.50 |
| 4229 | Wanabana USA LLC ( LLC | 05/02/2024 | Bill Payment (Check) | Protranslating | — | Cleared | -650.17 | -650.17 |

Debtor  Wanabana USA LLC                                  Case number *(if known)*

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.5. | Smith, et al, v. WanaBana LLC, et al.<br>2024-L-973 | Personal Injury | IL<br>IL | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | Goolsby, et al, v. WanaBana LLC, et al.<br>5:23-cv-625 | Personal Injury | NC<br>NC | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | Callahan (R.C.), et al, v. WanaBana LLC, et al.<br>1:23-cv-24923 | Personal Injury | FL<br>FL | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | Al-Khaled, et al., v. WanaBana LLC<br>1:24-cv-20009 | Personal Injury | FL<br>FL | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. | Marsh v. Wanabana, LLC, et al.<br>7:23-cv-11090 | Personal Injury | NY<br>NY | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.10 . | Bell, et al, v. Wanabana, LLC, et al.<br>1:23-cv-24861 | Personal Injury | FL<br>FL | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11 . | S.W. (Gonzalez) vs. Wanabana LLC, et al,<br>24-0051-431 | Personal Injury | TX<br>TX | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.12 . | Johnson, et al, v. Wanabana LLC, et al.<br>1:24-cv-20165 | personal | FL<br>FL | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.13 . | Horton, et al, v. WanaBana Austrofood CIT LTDA, et al.<br>1:24-cv-00221-RP | Personal Injury | TX<br>TX | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.14 . | Anthony Piedra, Pro Se | | CA | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.15 . | FDA Form 483<br>FEI No. 3015811985 | Product Recall | US Food and Drug Administration | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| 7.16 . | NY State Office of the Attorney General<br>Environmental Protection Bureau | Investigation/Subpoena | 28 Liberty Street<br>19th Floor<br><br>New York, NY 10005 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

<hr>

**Part 4:  Certain Gifts and Charitable Contributions**

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

Debtor    Wanabana USA LLC _____    Case number (if known) _____

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |

## Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | | |

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | O'Melveny & Myers LLP Times Square Tower 7 New York, NY 10036 | | February 22, 2024April 29, 2024 | $270,949.97 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | Ciardi Ciardi & Astin 1905 Spruce Street Philadelphia, PA 19103 | | April 23, 2024 | $10,338.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

Debtor    Wanabana USA LLC                                        Case number *(if known)*

☒ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

---

### Part 7:    Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

---

### Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

### Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

### Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository Institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    Wanabana USA LLC _____    Case number *(if known)* _____

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

---

| Part 12: | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☒ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| Debtor | Wanabana USA LLC | Case number *(if known)* | |
|---|---|---|---|

| Business name address | Describe the nature of the business | Employer identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | Dates business existed |

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. Grupo Navis LLC<br>1413 Ponce de Leon Avenue<br>Suite 301<br>San Juan, PR 00907 | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. Grupo Navis LLC<br>1413 Ponce de Leon Avenue<br>San Juan, PR 00907 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

Name and address

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any Interest | % of interest, if any |
|---|---|---|---|
| Francisco Pena | | President | |

| Name | Address | Position and nature of any Interest | % of interest, if any |
|---|---|---|---|
| Gualberto Rodriguez | | Vice President | |

| Name | Address | Position and nature of any Interest | % of interest, if any |
|---|---|---|---|
| Angel Santiago | | Secretary | |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    Wanabana USA LLC                                        Case number (if known) _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Santiago Pena | | Treasurer | |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

Name of the parent corporation                          Employer identification number of the parent corporation

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

Name of the pension fund                                Employer identification number of the pension fund

**Part 14:    Signature and Declaration**

WARNING — Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on        May 15, 2024

_____              Francisco Pena Cordovez
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor       President

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☒ No
☐ Yes

Fill in this information to identify the case:

Debtor name   Wanabana USA LLC

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1:   Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................................  $ _____0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*..............................................................................................  $ ___693,916.07

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................................  $ ___693,916.07

### Part 2:   Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................  $ _____0.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................................................  $ _____0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................  +$ ___26,456,249.89

4. **Total liabilities** ...................................................................................................................
   Lines 2 + 3a + 3b                                                                                              $ ___26,456,249.89

**United States Bankruptcy Court**
**District of Delaware**

In re   <u>Wanabana USA LLC</u>

                                      Debtor(s)

Case No. _____

Chapter   7

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   <u>May 15, 2024</u>

Francisco Pena Cordovez/President
Signer/Title

Albert A. Ciardi, III
1905 Spruce Street
Philadelphia, PA 19103


Advanced Warehouse, Inc.
700 Penhorn Ave.  Suite 1
Secaucus, NJ 07094


Alexis Griego
ATTN: Jake R. Jagfeld
Johnson Becker PLLC 444 Cedar St., #1800
Saint Paul, MN 55101


Amber Gallo
ATTN: Jake R. Jagfeld
Johnson Becker PLLC 444 Cedar Street, #1
Saint Paul, MN 55101


Anthony Piedra
10618 NE 187th Street
Battle Ground, WA 98604


Archer O'Campo
ATTN: Brandon Swartz, esq. and Adi Brown
Swartz Culleton PC 547 E. Washington Ave
Newtown, PA 18940


Ashley de Jesus
ATTN: Jake R. Jagfeld
Johnson Becker PLLC 444 Cedar Street, #1
Saint Paul, MN 55101


Austin M. Sheheen
Savage Royall & Sheheen L.L.P.
1111 Church Street
Camden, SC 29020


Austrofoods S.A.S.
Av. General Enriquez y Tanicuchi
Lote 8 Sangolqui, Ecuador


Bank of America, N.A.
One Fleet Way
Moosic, PA 18507


Brittany Thomas
ATTN: Jake R. Jagfeld
Johnson Becker PLLC 444 Cedar Street, #1
Saint Paul, MN 55101


Callitia McClintock
ATTN: Jake R. Jagfeld
Johnson Becker PLLC 444 Cedar Street, #1
Saint Paul, MN 55101

Caribbean Logistics Solutions
Edificio P Royal Industrial Park 869
KM 15 Bo. Palmas
Catano, PR 00962


Caribbean Produce Exchange
KM 2.8 Interior Carretera 869 Las Palmas
Catano, PR 00962


Charisma Wright
ATTN: Jake R. Jagfeld
Johnson Becker PLLC 444 Cedar St., #1800
Saint Paul, MN 55101


Charles E. Schaffer, Esquire
Levin Sedran & Berman
510 Walnut Street Suite 500
Philadelphia, PA 19106


Charles Maculloch
ATTN: Jake R. Jagfeld
Johnson Becker PLLC 444 Cedar Street, #1
Saint Paul, MN 55101


Chelsea Windham and Vincent Windham
ATTN: Jack Scarola, esq. and Katherine K
Searcy Denny Scarola Barnhart & Shipley,
West Palm Beach, FL 33409


Cherelle Webb
ATTN: Jake R. Jagfeld
Johnson Becker PLLC 444 Cedar St., #1800
Saint Paul, MN 55101


Christian Rizzaro
ATTN: Jake R. Jagfeld
Johnson Becker PLLC 444 Cedar St., #1800
Saint Paul, MN 55101


Claimant
ATTN: Nicholas A. Norden, Esquire
Norden Leacox, PLLC 94 Lake Baldwin Lane
Orlando, FL 32814


Claimant
ATTN: Brandon Swartz, Esq. and A. Browns
Swartz Culleton PC 547 E. Washington Ave
Newtown, PA 18940


Claimant
ATTN: Zachary Rivenbark, Esquire
Law Office of Zachary S. Rivenbark P.O.
Burgaw, NC 28425


Claimant
ATTN: Alexandra Piper
Sedgwick CMS Ten Penn Center #5 1801 Mar
Philadelphia, PA 19103

Corporation Service Company
ATTN: Kelley Cokefair
251 Little Fall Drive
Wilmington, DE 19808-1674


Cory Thornton
ATTN: Jake R. Jagfeld
Johnson Becker PLLC 444 Cedar St., #1800
Saint Paul, MN 55101


Crowley Logistics, Inc.
ATTN: Rodriquez A. Iglasias
102 NW 108th Avenue
Miami, FL 33178


DFX5 CORP.
ATTN: Carlos Marchi
888 Biscayne Boulevard Suite 208
Miami, FL 33132


Dollar Tree, Inc.
500 Volvo Parkway
Chesapeake, VA 23320


Egypt Williams
ATTN: Allen E. Honick, Esquire
Furman Honick Law 11155 Red Run Boulevar
Owings Mills, MD 21117


Elowyn Matusak
ATTN: Jake R. Jagfeld
Johnson Becker PLLC 444 Cedar St., #1800
Saint Paul, MN 55101


Eric Goolsby and Heather Goolsby
ATTN: E. Maginnis, Esq. and K. Gwaltney,
Maginnis Howard 7706 Six Forks Road Suit
Raleigh, NC 27615


Eva Ross
ATTN: Jake R. Jagfeld
Johnson Becker PLLC 444 Cedar St., #1800
Saint Paul, MN 55101


Fernando Rovira
P.O. Box 195168
San Juan, PR 00919-5168


Ferraiuoli LLC
ATTN: Fernando Rovira
250 Muñoz Rivera Avenue 6th Floor
San Juan, PR 00918


Florida Department of Revenue
Attn:  Florida Department of Revenue Gen
P.O. Box 6668
Tallahassee, FL 32314-6668

Francisco Perdonmo
101 Avenue de Diego
San Juan, PR 00927


Glez Food Group
ATTN: Fernando Gonzalez
15034 SW 153 Avenue
Miami, FL 33196


Global Vision Marketing & Communications
ATTN: Karen Garnik
P.O Box 16102
San Juan, PR 00908


Grace Yotko
ATTN: Brandon Swartz, Esq. and Adi Brown
Swartz Culleton PC 547 E. Washington Ave
Newtown, PA 18940


Grupo Navis, LLC
1413 Ponce de Leon Avenue, Ste. 301
San Juan, PR 00909


H-E-B, LP
646 South Flores Street
Cypress Towers - 4th Floor
San Antonio, TX 78204


Internal Revenue Service
Central Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346


Intuit Quickbooks
2800 E. Commerce Center Place
Tucson, AZ 85706


Jeffrey K. Brown, Esquire
Leeds Brown Law, P.C.
1 Old Country Road Suite 347
Carle Place, NY 11514


Jennifer Bell
ATTN: Jack Scarola, Esq. and Katherine K
Searcy Denny Scarola Barnhart & Shipley,
West Palm Beach, FL 33409


Jessica Smith
ATTN: Daniel K. Cetina, Esquire
Walsh, Knippen & Cetina, Chartered 2150
Wheaton, IL 60187


Juan Antonio Diaz
 275 Piñero Ave.
San Juan, PR 00917

Julie Kepisty
ATTN: Jake R. Jagfeld
Johnson Becker PLLC 444 Cedar Street, #1
Saint Paul, MN 55101


Kelli Delaney
ATTN: Austin M. Sheheen, Esquire
Savage Royall & Sheheen L.L.P. P.O. Draw
Camden, SC 29021


Kimberly Holm
ATTN: Jake R. Jagfeld
Johnson Becker PLLC 444 Cedar Street, #1
Saint Paul, MN 55101


Kimberly Spalding
ATTN: Jake R. Jagfeld
Johnson Becker PLLC 444 Cedar Street, #1
Saint Paul, MN 55101


Kristen Phillips
ATTN: Jake R. Jagfeld
Johnson Becker PLLC 444 Cedar Street, #1
Saint Paul, MN 55101


Liberty Mutual Insurance Company
304 Ponce de Leon Avenue Suite 903
San Juan, PR 00918


Madison Johnson and Elvin Dowling, et al
ATTN: R. Schubert, D. Schubert, and A. S
Schubert Jonckheer & Kolbe LLP 2001 Unio
San Francisco, CA 94123


Mariah Piazza
ATTN: Jake R. Jagfeld
Johnson Becker PLLC 444 Cedar Street, #1
Saint Paul, MN 55101


Marilyn Gonzalez
ATTN: Patrick H. Cahalane
Anglin, Rea & Cahalane, P.A. 1005 Eastpa
Cranbury, NJ 08512


Matthew Haraway, Jr.
ATTN: Jake R. Jagfeld
Johnson Becker PLLC 444 Cedar Street, #1
Saint Paul, MN 55101


Max Shterngel, Esquire
Environmental Protection Bureau
Office of the Attorney General State of
New York, NY 10005


Miami-Dade Cty Office of Tax Collector
200 NW 2nd Avenue
Miami, FL 33128

Michal Russo
ATTN: Jake R. Jagfeld
Johnson Becker PLLC 444 Cedar Street, #1
Saint Paul, MN 55101


ML Ventures
URB Monte Atenas
1300 Calle Atenas Apt 67
San Juan, PR 00926-7809


Natasha Naderi
ATTN: Jake R. Jagfeld
Johnson Becker PLLC 444 Cedar Street, #1
Saint Paul, MN 55101


Nathan C. Zipperian, Esquire
Miller Shah LLP
1625 N. Commerce Pkwy Suite 320
Fort Lauderdale, FL 33326


Nicole Peterson and Thomas Duong
ATTN: L. Oliver, Esq., C. Scott, Esq., a
Motley Rice LLC 28 Bridgeside Boulevard
Mount Pleasant, SC 29464


Nydia Sprella
ATTN: Jake R. Jagfeld
Johnson Becker PLLC 444 Cedar Street, #1
Saint Paul, MN 55101


Office of Regulatory Affairs
U.S. Food and Drug Administration
12420 Parklawn Drive Room 2037 HFC-130
Rockville, MD 20857


PSV & Co., PSC
ATTN: Francisco Perdonmo
P.O. Box 363247
San Juan, PR 00936-3247


Purcell-International
800 Ellinwood Way
Pleasant Hill, CA 94523


Rebecca Bruce
ATTN: Jake R. Jagfeld
Johnson Becker PLLC 444 Cedar Street, #1
Saint Paul, MN 55101


Samantha Marsh
Attn:  J. Zultzer, Esq. and D. Markowitz
The Sultzer Law Group P.C. 85 Civic Cent
Poughkeepsie, NY 12601


Santander, N.A.
95 Amaral Street
East Providence, RI 02915

Sarah Callahan and Ricky Callahan, Jr.
ATTN: D. Guntner, Esq. and S. Echsner, E
Aylstock, Witkin, Kreis & Overholtz, PLL
Birmingham, AL 35202


Sarah Salyer
ATTN: Jake R. Jagfeld
Johnson Becker PLLC 444 Cedar Street, #1
Saint Paul, MN 55101


Sharika Alvarez
ATTN: Jake R. Jagfeld
Johnson Becker PLLC 444 Cedar Street, #1
Saint Paul, MN 55101


Skadden, Arps, Slate, Meagher & Flom LLP
ATTN: William McConagha
Skadden, Arps, Slate, Meagher & Flom LLP
Washington, DC 20005


Skylar Horton
ATTN: Travis E. Venable, Esquire
Thomas J. Henry Injury Attorneys 5711 Un
San Antonio, TX 78249


SPS Commerce
ATTN: Ben Kloos
333 South Seventh Street Suite 1000
Minneapolis, MN 55402


Telecontact Exportacion
ATTN: Juan Antonio Diaz
Galería Pacífico Ave Las Cumbres Suite 2
San Juan, PR 00926


Trisha Brockoff
ATTN: Jake R. Jagfeld
Johnson Becker PLLC 444 Cedar Street, #1
Saint Paul, MN 55101


United Parcel Service, Inc.
28013 Network Place
Chicago, IL 60673-1280


Wanabana Exchange, LLC
1413 Ponce de Leon Avenue Suite 301
San Juan, PR 00907


Wanabana LLC
9405 N. Miami Avenue
Miami, FL 33150


Whitney Wilke
ATTN: Jake R. Jagfeld
Johnson Becker PLLC 444 Cedar Street, #1
Saint Paul, MN 55101

## United States Bankruptcy Court
### District of Delaware

In re   Wanabana USA LLC

Debtor(s)

Case No.

Chapter   7

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Wanabana USA LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

May 14, 2024
_____
Date

/s/ Daniel K. Astin
_____
Daniel K. Astin, Esquire
Signature of Attorney or Litigant
Counsel for   Wanabana USA LLC
Ciardi Ciardi and Astin
1204 N. King Street
Wilmington, DE  19801
(302) 384-9541
dastin@ciardilaw.com